IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REVENA J. CARROLL, | § | |
|     Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:10-cv-03108 |
| vs. | § | JURY DEMANDED |
| | § | |
| | § | |
| SANDERSON FARMS, INC., et al., | § | |
|     Defendants. | § | |

## PLAINTIFF'S FOURTH SUPPLEMENTAL INITIAL DISCLOSURES

TO:    Defendants, Sanderson Farms, Inc., Sanderson Farms, Inc. (Production Division), Sanderson Farms, Inc. (Processing Division), Sanderson Farms, Inc. (Food Division), Inc., by and through their attorneys of record, Mark R. Flora, Ashlee Mann Ligarde, Constangy, Brooks & Smith, LLP, 8911 Capital of Texas Highway, Suite 3350, Austin, Texas 78759

Plaintiff, Revena J. Carroll, files this her *Plaintiff's Fourth Supplemental Initial Disclosures* in accordance with FED. R. CIV. P. 26(a).

Respectfully submitted,

LAW OFFICE OF G. SCOTT FIDDLER, P.C.


/S/ G. SCOTT FIDDLER

_____

G. SCOTT FIDDLER
SBOT #06957750
FID #12508
scott@fiddlerlaw.com
ANDREW W. REED
SBOT #24074935
FID #1140192
areed@fiddlerlaw.com
9601 Jones Road, Suite 250
Houston, Texas 77065
Tel.:   281-897-0070
Fax:   281-897-0078

ATTORNEYS-IN-CHARGE
FOR PLAINTIFF

-2-

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing document will be automatically accomplished through notice of electronic filing, in accordance with the Federal Rules of Civil Procedure, on this the 27th day September 2012, to the following:

Mark R. Flora, Esq.
Ashlee Mann Ligarde, Esq.
Constangy, Brooks & Smith, LLP
8911 Capital of Texas Highway, Suite 3350
Austin, Texas 78759
aligarde@constangy.com


/s/ G. SCOTT FIDDLER

_____
G. SCOTT FIDDLER

## SUPPLEMENTAL INITIAL DISCLOSURES

### Calculation of Damages:

Back Pay Loss Damages (estimated to September 21, 2012):       **$ 102,840**
See Exhibit 1 attached hereto for calculations.

Front Pay Loss Damages:       **$   7,001**
See Exhibit 2 attached hereto for calculations.

Loss Benefits:       **$   6,340**
See Exhibit 3 attached hereto for calculations.

Plaintiff will seek an equal amount of all the foregoing as liquidated damages.

Plaintiff does not believe she is required to state the non-economic compensatory damages she seeks but to the extent she is, she states she intends to seek $300,000, but reserves the right to seek more or less as the evidence may dictate at trial.

Plaintiff does not believe she is required to state the amount of punitive damages she seeks but to the extent she is, she currently intends to seek $300,000, but reserves the right to seek more or less as the evidence may dictate at trial.

# EXHIBIT 1

**BACK PAY LOSS DAMAGE CALCULATION - REVENA J. CARROLL**
**Terminated: August 24, 2009**

**Back Pay Loss:**
[1] Annual Earnings        $80,622
[2] Ave. Monthly Earnings    $6,719

|            | **2009** | **2010** | **2011** | **2012** |
|------------|----------|----------|----------|----------|
| January    |          | $6,719   | $6,719   | 6,719    |
| February   |          | $6,719   | $6,719   | 6,719    |
| March      |          | $6,719   | $6,719   | 6,719    |
| April      |          | $6,719   | $6,719   | 6,719    |
| May        |          | $6,719   | $6,719   | 6,719    |
| June       |          | $6,719   | $6,719   | 6,719    |
| July       |          | $6,719   | $6,719   | 6,719    |
| August     |          | $6,719   | $6,719   | 6,719    |
| September  | $6,719   | $6,719   | $6,719   | 5,039    |
| October    | $6,719   | $6,719   | $6,719   |          |
| November   | $6,719   | $6,719   | $6,719   |          |
| December   | $6,719   | $6,719   | $6,719   |          |
| **Total**  | $26,876  | $80,628  | $80,628  | $58,791  |

Lost Earnings:        $246,923.00

Interim Earnings:

| | |
|---|---|
| 2009 Wages | $620.00 |
| 2010 Wages | |
| City of Baytown | $1,624.82 |
| Automation PS | $9,392.84 |
| Garlock Sealing Tech | $27,299.14 |
| 2011 Wages | |
| Garlock Sealing Tech | $57,234.85 |
| 2012 wages | |
| Thorpe Products | $63,257.06 |
| (est as 09/21/12) | |
| **Total** | $159,428.71 |

**Back Pay Loss:**      $87,494.29

Soc. Sec. (.062)       $5,424.65

         **Total**      **$92,918.94**

[1] Based on annual salary of $71,664 plus bonus estmated at 12.5% of salary
(71,664 x .125 = 8,958 + 71,664 = 80,622)

[2] Average Monthly Earnings determined by dividing annual earnings
    by 12 months ($80,622 / 12 = $6,718.50)

# EXHIBIT 2

**Front Pay Loss--Revena J. Carroll--Through Age 65**

[1] Earnings with Defendants      $80,622
[2] Current Est. Annual Salary      $80,000
Difference for Front Pay Calc.      $622

| Ann. Loss | -622 | |
|---|---|---|
| | Discount Rate | |
| No. of Years | 1.0% | 3.0% |
| 1 | $616 | $604 |
| 2 | $1,226 | $1,190 |
| 3 | $1,829 | $1,759 |
| 4 | $2,427 | $2,312 |
| 5 | $3,019 | $2,849 |
| 6 | $3,605 | $3,369 |
| 7 | $4,185 | $3,875 |
| 8 | $4,759 | $4,366 |
| 9 | $5,328 | $4,843 |
| 10 | $5,891 | $5,306 |
| 11 | $6,449 | $5,755 |
| 12 | $7,001 | $6,191 |

[1] Based on Annual earnings of $71,644 plus bonus est. at 12.5%
[2] Based on current annual salary of $66,000

# EXHIBIT 3

**LOSS OF BENEFITS-Revena Carroll**
**TERMINATION DATE: August 24, 2009**

**Back Pay Loss:**
[1] Ave. Monthly Beneifts                    $634

|              | **2010** | **2011** |            |
|--------------|----------|----------|------------|
| January      |          | 634      |            |
| February     |          | 634      |            |
| March        |          | 634      |            |
| April        |          | 634      |            |
| May          |          | 634      |            |
| June         |          | 634      |            |
| July         |          |          |            |
| August       |          |          |            |
| September    | 634      |          |            |
| October      | 634      |          |            |
| November     | 634      |          |            |
| December     | 634      |          |            |
| **Total**    | 2,536    | 3,804    | 0          |
|              | Lost Benefits |     | 6,340.00   |
|              | Interim Benefits: |  | 0.00       |
|              | **Benefit Loss:** |  | $6,340.00  |
|              | **Total** |          | **$6,340.00** |

[1] Calculated using cost of health/dental insurance per
COBRA ($335.46) plus 401(k) match of $298.60/month